State of Oklahoma. November 7, 1918. Dismissed with costs, pursuant to the sixteenth rule, on motion of *Mr. S. P. Freeling* for defendant in error. *Mr. Albert Rennie* for plaintiffs in error.

No. 30. METROPOLITAN STATE BANK *v.* PEOPLE OF THE STATE OF ILLINOIS. Error to the Supreme Court of the State of Illinois. November 11, 1918. Dismissed with costs, pursuant to the nineteenth rule. *Mr. Philip J. McKenna* and *Mr. Howard F. Bishop* for plaintiff in error. *Mr. Edward J. Brundage* and *Mr. James H. Wilkerson* for defendant in error.

No. 32. FRANCIS A. CHURCHILL ET AL., CO-PARTNERS, UNDER THE FIRM NAME OF THE MERCANTILE ADVERTISING AGENCY, *v.* JAMES F. RAFFERTY, AS COLLECTOR OF INTERNAL REVENUE OF THE PHILIPPINE ISLANDS. Appeal from and in error to the Supreme Court of the Philippine Islands. November 11, 1918. Dismissed with costs, pursuant to the nineteenth rule. *Mr. E. Allen Frost* for appellants and plaintiffs in error. *Mr. Samuel T. Ansell* for appellee and defendant in error.

No. 48. ATLANTIC COAST LINE RAILROAD COMPANY *v.* A. M. KEELS. Error to the Supreme Court of the State of South Carolina. November 15, 1918. Dismissed with costs, on motion of *Mr. Frederic D. McKenney*, of counsel for plaintiff in error. *Mr. P. A. Willcox* for plaintiff in error. *Mr. A. M. Lumpkin* for defendant in error.

No. 55. PAUL APPENZELLAR *v.* HENRY C. CONRAD, ASSOCIATE JUDGE, ETC., ET AL. · Error to the Supreme